MAX GOLDMANN, as Assignee for the Benefit of Creditors of Daniel Clothing Corp., Respondent, v. HENRY M. COHEN, Appellant.—

No opinion. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.